George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:   503-236-0028
Attorney for Plaintiff, Christopher Lofgran

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER LOFGRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner,<br>Social Security Administration,<br><br>　　　　Defendant. | Civil Action No.:  3:19-cv-00091-SI<br><br>ORDER AWARDING ATTORNEY FEES<br>PER 28 USC 406(b) |

　　　　IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $26,328.75 is approved to plaintiff's counsel.  Credit is taken for EAJA fees paid in the amount of $6,821.47, so that the net amount due plaintiff's counsel is $19,507.28.

　　　　IT IS SO ORDERED:

　　　　Dated: January 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Michael H. Simon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　US DISTRICT COURT JUDGE

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028